IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | { | CHAPTER 13 |
| | { | |
| Bruce Alexander Smith, | { | CASE NO. 12-56368-PWB |
| | { | |
| DEBTOR | { | |

**NOTICE OF FILING OF MODIFICATION OF CONFIRMED PLAN,
DEADLINE FOR FILING WRITTEN OBJECTIONS,
AND HEARING DATE AND TIME IF OBJECTION IS TIMELY FILED**

**TO: Creditors and Other Parties in Interest**

**PLEASE TAKE NOTICE** that Bruce Alexander Smith, the Debtor, has filed a proposed modification to the confirmed plan in this case, a copy of which modification you are receiving with this Notice or have received by mail. Pursuant to Rule 3015(g) of the Federal Rules of Bankruptcy Procedure, any creditor or other party in interest opposing this proposed Modification must file that objection in writing with the Court before the following deadline.

**DEADLINE FOR FILING OBJECTION:** Twenty-four (24) days after the date on which this proposed Modification was filed. The proposed modification was filed on July 13, 2010. If the twenty-fourth day after the filing falls on a week-end or holiday, the deadline is extended to the next business day.

**PLACE OF FILING**:    Clerk, United States Bankruptcy Court
Room 1340, United States Courthouse
Richard B. Russell Building
75 Spring Street, SW
Atlanta, GA 30303-3367

If you mail an objection to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

You must also serve a copy on the undersigned at the address stated below and on the Debtor at:

**Robert J. Semrad & Associates, L.L.C.**
101 Marietta Street
36th Floor
Atlanta, GA 30303

       **Bruce Alexander Smith**
       4065 Burns Road
       Lilburn, GA 30047

       **PLEASE TAKE FURTHER NOTICE t**hat if an objection to the proposed Modification is timely filed, the Court will hold a hearing on the modification on **January 28, 2015 at 9:50 A.M.** in **Courtroom 1401**, U.S. Courthouse, 75 Spring Street, Atlanta, Georgia. **If no objection is timely filed, the Court may approve the proposed modification without further notice or hearing.**

Dated: December 9, 2014

       Respectfully submitted,

       <u>Radoslav Bachev</u>         /S
       Radoslav Bachev
       Attorney for Debtor
       GA Bar No. 857413
       101 Marietta Street, NW
       Suite 3600
       Atlanta, GA 30303
       (678) 668-7160

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | { | CHAPTER 13 |
| | { | |
| Bruce Alexander Smith, | { | CASE NO. 12-56368-PWB |
| | { | |
| DEBTOR | { | |

**POST-CONFIRMATION MODIFICATION OF PLAN AND
REQUEST FOR ITS APPROVAL**

COMES NOW Debtor, Bruce Alexander Smith, by and through undersigned counsel, and moves this Honorable Court for the entry of an order modifying the Chapter 13 Plan post-confirmation. In support thereof the Debtor states as follows:

**1.**

Debtor filed a Voluntary Petition for Bankruptcy relief under Title 11, Chapter 13 of the United States Code on March 7, 2012. The Plan was confirmed on November 2, 2012 and established monthly trustee payments in the amount of $1,300.00 along with a step increase scheduled for February 2014 in the amount of $423.00.

**2.**

After confirmation of the Plan, Debtor's income has decreased and his reasonable and necessary household expenses have increased to an extent that Debtor is financially incapable of maintaining a plan payment which would include the scheduled step increase.

**3.**

Debtor hereby modifies paragraph 2 of the Chapter 13 Plan, as follows:

2. **Plan Payments and Length of Plan**. Debtor will pay the sum of  **$1300.00    Monthly (retroactive to February 2014)**  to Trustee by ☒ Payroll Deduction(s) or by ☐ Direct Payment(s) for the applicable commitment period of  **60**  months, unless all allowed claims in every class, other than long-term claims, are paid in full in a shorter period of time. The term of this Plan shall not exceed sixty (60) months. *See* 11 U.S.C. §§ 1325(b)(1)(B) and 1325(b)(4). Each pre-confirmation plan payment shall be reduced by any pre-confirmation adequate protection payment(s) made pursuant to Plan paragraph 6(A)(i) and § 1326(a)(1)(C).

The following alternative provision will apply if selected:

☒ ~~IF CHECKED, Plan payments will increase by $423.00 in month February 2014 upon completion or termination of debtor's 401K Loan.~~

**4.**

Debtor hereby modifies paragraph 10(E) of the Chapter 13 Plan, as follows:

(E). **Other provisions**.

~~Any federal tax refunds the debtor is entitled to received for the calendar years 2011, 2012, 2013, 2014, and 2015 shall be paid into the Debtor's chapter 13 case. Further, the debtor authorizes and instructs the Internal Revenue Service to send any refund for said years to the Debtor's Chapter 13 Trustee.Upon written request to the Chapter 13 Trustee, the Debtor may retain up to $1,500.00 of a tax refund without a motion being filed.~~

**5.**

Debtor requests that the Plan base shall be reduced accordingly.

Dated: December 9, 2014

                                                                Respectfully submitted,

                                                                <u>Radoslav Bachev           </u>/S
                                                                Radoslav Bachev
                                                                Attorney for Debtor
                                                                GA Bar No. 857413
                                                                101 Marietta Street, NW
                                                                Suite 3600
                                                                Atlanta, GA 30303
                                                               (678) 668-7160

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | { | CHAPTER 13 |
| | { | |
| Bruce Alexander Smith, | { | CASE NO. 12-56368-PWB |
| | { | |
| DEBTOR | { | |

**DECLARATION UNDER PENALTY OF PERJURY**

   I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.


                 <u>Bruce Alexander Smith /s/ </u>
                 Bruce Alexander Smith


December 9, 2014




Penalty for making a false statement or concealing property:
Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. '152 and '3571.

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | { | CHAPTER 13 |
| | { | |
| Bruce Alexander Smith, | { | CASE NO. 12-56368-PWB |
| | { | |
| DEBTOR | { | |

## CERTIFICATE OF SERVICE

I hereby certify that I am more than 18 years of age and that I have this day served a copy of the within Post Confirmation Plan Modification upon the following by depositing a copy of the same in U.S. Mail with sufficient postage affixed thereon to ensure delivery:

**Bruce Alexander Smith**
4065 Burns Rd.
Lilburn, GA  30047

*[See attached Creditor Mailing Matrix]*

I further certify that, by agreement of parties, Mary Ida Townson, Standing Chapter 13 Trustee, was served via ECF.

Dated: December 9, 2014

                                                                Radoslav Bachev            /S
                                                                Radoslav Bachev
                                                                Attorney for Debtor
                                                                GA Bar No. 857413
                                                                101 Marietta Street, NW
                                                                Suite 3600
                                                                Atlanta, GA 30303
                                                                (678) 668-7160

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-1<br>Case 12-56368-pwb<br>Northern District of Georgia<br>Atlanta<br>Tue Dec  9 11:40:05 EST 2014 | Advance Family Dental Care<br>449 Pleasant Hill Road<br>Suite 101<br>Lilburn, GA 30047-2770 | Atlanta Postal Credit Union<br>Thompson O Brien Kemp & Nasuti, PC<br>Suite 300<br>40 Technology Pkwy S<br>Norcross GA 30092-2924 |
| Atlantic Credit and Finance, Inc.<br>Successor in Interest to BANK OF AMERICA<br>c/o Weltman, Weinberg & Reis, Co., LPA<br>323 W. Lakeside Avenue, Ste 200<br>Cleveland, OH 44113-1009 | Bac Home Loans Servicing<br>450 American St<br>Simi Valley, CA 93065-6285 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 |
| Bank Of America<br>Attn: Bankruptcy NC4-105-02-77<br>PO Box 26012<br>Greensboro, NC 27420-6012 | Bart L. Graham<br>State of Ga Revenue Commission<br>1800 Century Center Blvd. NE<br>Atlanta, GA 30345 | Craig Z. Black<br>Robert J. Semrad & Associates, LLC<br>Suite 3600<br>101 Marietta Street, NW<br>Atlanta, GA 30303-2716 |
| City of Atlanta<br>68 Mitchell Street SW<br>Atlanta, GA 30303 | Client Services, Inc.<br>3451 Harry Truman Blvd<br>Saint Charles, MO 63301-9816 | Department of Justice, Tax Div<br>Civil Trial Section, Southern<br>PO Box 14198; Ben Franklin Sta<br>Washington, DC 20044-4198 |
| Elizabeth C. Whealler<br>1655 Enterprise Way<br>Marietta, GA 30067-9209 | Excel Account Systems<br>4030 N Henry Blvd Ste 30<br>Stockbridge, GA 30281-7413 | Fulton County Tax Commissioner<br>141 Pryor Street SW, Suite 1113<br>Atlanta, GA 30303-3566 |
| Gary Favors<br>c/o John C. Yancey<br>Weiner, Yancey, Dempsey & Diggs, LLP<br>1718 Peachtree St, NW Ste 990<br>Atlanta, GA 30309-2408 | (p)GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>ARCS BANKRUPTCY<br>1800 CENTURY BLVD NE SUITE 9100<br>ATLANTA GA 30345-3202 | Household Finance Corp II<br>1025 East-West Connector<br>Suite 407<br>Austell, GA 30106-8531 |
| Internal Revenue Service<br>401 W Peachtree St. NW<br>Stop 334-D<br>Atlanta, GA 30308 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | A. Michelle Hart Ippoliti<br>McCalla Raymer, et al<br>1544 Old Alabama Road<br>Roswell, GA 30076-2102 |
| Brian K. Jordan<br>McCalla Raymer, LLC<br>1544 Old Alabama Road<br>Roswell, GA 30076-2102 | M & T Bank<br>c/o McCalla Raymer, LLC<br>Bankruptcy Department<br>1544 Old Alabama Road<br>Roswell, GA 30076-2102 | (p)M&T BANK<br>LEGAL DOCUMENT PROCESSING<br>1100 WHERLE DRIVE<br>WILLIAMSVILLE NY 14221-7748 |
| Karen A. Maxcy<br>McCalla Raymer, LLC<br>1544 Old Alabama Road<br>Roswell, GA 30076-2102 | Julie D. Mehelic<br>Shapiro, Swertfeger & Hasty, LLP<br>Suite 100<br>2872 Woodcock Blvd.<br>Atlanta, GA 30341-4015 | Municipal Services Bureau<br>5912 Balcones Dr Ste 100<br>Austin, TX 78731-4310 |
| Office of the Attorney General<br>40 Capitol Square, SW<br>Atlanta, GA 30334-9057 | Michael Brian Pugh<br>Thompson O'Brien kemp & Nasuti, P.C.<br>Suite 300<br>40 Technology Parkway South<br>Norcross, GA 30092-2924 | Kimberly D. Rayborn<br>McCalla Raymer LLC<br>1544 Old Alabama Road<br>Roswell, GA 30076-2102 |

| | | |
|---|---|---|
| Bruce Alexander Smith<br>4065 Burns Road<br>Lilburn, GA 30047-2776 | Special Assistant U.S. Attorne<br>401 W. Peachtree Street, NW<br>STOP 1000-D, Suite 600<br>Atlanta, GA 30308 | Mary Ida Townson<br>Chapter 13 Trustee<br>Suite 2200<br>191 Peachtree Street, NE<br>Atlanta, GA 30303-1770 |
| Maria A. Tsagaris<br>McCalla Raymer, et al<br>1544 Old Alabama Road<br>Roswell, GA 30076-2102 | United States Attorney's Offic<br>75 Spring Street, S.W.<br>Suite 600 U.S. Courthouse<br>Atlanta, GA 30303-3315 | WELLS FARGO BANK, N.A.<br>C/O Shapiro & Swertfeger LLP<br>2872 Woodcock Blvd Suite 100<br>Atlanta, Ga 30341-4015 |
| Wells Fargo Bank<br>1 Home Campus<br>MAC X2303-01A<br>Des Moines,  IA 50328-0001 | Wells Fargo Bank<br>Bankruptcy Department<br>3476 Stateview Blvd, x7801-014<br>Fort Mill, SC 29715-7203 | Wells Fargo Bank<br>Po Box 31557<br>Billings, MT 59107-1557 |
| Wells Fargo Bank NA<br>Attn: Bankruptcy Dept, MAC # D3347-014<br>3476 Stateview Blvd.<br>Fort Mill, SC 29715-7200 | Wells Fargo Bank, N.A.<br>Home Equity Group<br>1 Home Campus, MAC X2303-01A<br>Des Moines IA 50328-0001 | (p)WELLS FARGO BANK NA<br>WELLS FARGO HOME MORTGAGE AMERICAS SERVICING<br>ATTN BANKRUPTCY DEPT MAC X7801-014<br>3476 STATEVIEW BLVD<br>FORT MILL SC 29715-7203 |
| David C. Whitridge<br>Thompson, O'Brien, Kemp & Nasuti, PC<br>Suite 300<br>40 Technology Parkway South<br>Norcross, GA 30092-2924 | John C. Yancey<br>Weiner, Yancey, Dempsey & Diggs<br>1718 Peachtree St N.W.<br>South Tower<br>Suite 990<br>Atlanta, GA 30309-2495 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bank Of America<br>4161 Piedmont Pkwy<br>Greensboro, NC 27410 | Georgia Department of Revenue<br>Bankruptcy Section<br>PO Box 161108<br>Atlanta, GA 30321 | M & T Bank<br>Bankruptcy Department<br>One Fountain Plaza<br>6th Floor<br>Buffalo, NY 14203 |
| Wells Fargo Home Mortgage<br>8480 Stagecoach Cir<br>Frederick, MD 21701 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Atlanta Postal Credit Union | (u)Gary Favors | (u)M & T Bank, its successors and/or assigns |

(du)M&T Bank, Its Successors And/or Assigns

End of Label Matrix
Mailable recipients    43
Bypassed recipients     4
Total                  47