# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 13 |
| | § | |
| BRUCE ALEXANDER SMITH, | § | CASE NO. 12-56368-PWB |
| | § | |
| Debtor | § | JUDGE PAUL W. BONAPFEL |
| _____ | § | _____ |
| | § | |
| ATLANTA POSTAL CREDIT UNION, | § | CONTESTED MATTER |
| Movant, | § | |
| | § | |
| vs. | § | |
| BRUCE ALEXANDER SMITH, | § | |
| Respondent | § | |
| | § | |
| MARY IDA TOWNSON, | § | |
| Trustee. | § | |

## CERTIFICATE OF SERVICE OF DISCOVERY

The undersigned does hereby certify that on December 19th, 2014, the Movant did serve upon the Debtor, the following discovery:

**MOVANT'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS**

by depositing a copy of same in the United States mail, with adequate postage annexed thereon, properly addressed to:

> Bruce Alexander Smith
> c/o Radoslav Baschev
> Robert J. Semrad & Associates, L.L.C.
> 101 Marietta Street, Suite 3600
> Atlanta, Georgia 30303

The within Certificate of Service has been forwarded to Clerk of Court via electronic notification and the undersigned does hereby certify that he has served the foregoing Notice by

depositing a copy of same in the United States mail with adequate postage annexed thereto and properly addressed to Debtor as set forth hereinabove.

    This 19th day of December, 2014.

/s/ David C. Whitridge
**DAVID C. WHITRIDGE**
Georgia State Bar No. 754793

For the firm of:
**THOMPSON, O'BRIEN, KEMP & NASUTI, P.C.**
40 Technology Parkway South, Suite 300
Norcross, Georgia 30092
Tel: (770) 925-0111
Fax: (770) 925-8597
E-mail:  dwhitridge@tokn.com
Attorney for Atlanta Postal Credit Union