**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia**

Atlanta Division

In Re:  Debtor(s)
**Bruce Alexander Smith**
4065 Burns Road
Lilburn, GA 30047

xxx–xx–4111

Case No.: **12–56368–pwb**
Chapter:  **13**
Judge:  **Paul W. Bonapfel**

# ORDER APPROVING MODIFICATION OF PLAN

A modification to the confirmed Chapter 13 plan in this case having been proposed and no objection to that modification having been made, it is

ORDERED that the modification is APPROVED.

The Clerk is directed to serve a copy of this Order on Debtor, Debtor's counsel (if any), the Chapter 13 Trustee and all creditors and other parties in interest.

Dated:  January 30, 2015

_Paul W. Bonapfel_
_____
Paul W. Bonapfel
United States Bankruptcy Judge

Form 133a